No. 05–8207. HERNANDEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8208. FLENOID *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8210. BELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8213. ANDERSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8214. AVENDANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8215. LASKO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–8216. RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8217. RODRIGUEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–8218. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8219. DIALLO SEBASTIAO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–8223. VAZQUEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 05–8224. WILLIAMS *v.* UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA. C. A. 4th Cir. Certiorari denied.

No. 05–8225. TIMOTHY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8226. TERRAZAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8229. CRUZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8230. CORREA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.